# POTOMAC NEWS CO. *v.* UNITED STATES.

No. 164.   Decided October 23, 1967.

*Stanley M. Dietz* for petitioner.

*Solicitor General Marshall, Assistant Attorney General Vinson* and *Jerome M. Feit* for the United States.

PER CURIAM.

The petition for a writ of certiorari is granted and the judgment of the United States Court of Appeals for the Fourth Circuit is reversed. *Redrup* v. *New York,* 386 U. S. 767.

MR. JUSTICE HARLAN concurs in the judgment of reversal upon the premises stated in his separate opinion in *Roth* v. *United States,* 354 U. S. 476, 496, and in his dissenting opinion in *Memoirs* v. *Massachusetts,* 383 U. S. 413, 455, 457.

THE CHIEF JUSTICE dissents.

MR. JUSTICE MARSHALL took no part in the consideration or decision of this case.